IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.

KENNETH SPAKE,

       Plaintiff,

vs.

UF SPECIALTY INSURANCE COMPANY

       Defendant.

---

### NOTICE OF REMOVAL OF STATE COURT ACTION FILED BY DEFENDANT

---

Defendant, improperly named in the caption above, by and through its undersigned attorneys, Ellis J. Mayer, Esq. of Nathan, Dumm & Mayer, P.C., pursuant to 28 U.S.C. §§ 1332, 1441, and 1446; Federal Rule of Civil Procedure 81(c); and D.C.COLO.L.Civ.R. 81.1, hereby submits this Notice of Removal of the State Court Action filed by Kenneth Spake ("Plaintiff"), and states as follows:

### GROUNDS FOR REMOVAL

The Plaintiff and the Defendant have diversity of citizenship and the amount in controversy exceeds $75,000.00, making this action appropriate for removal from the Federal Court in accordance with 28 U.S.C. § 1332 and 1441, and timely under 28 U.S.C. § 1446.

## THE STATE COURT ACTION

On November 14, 2017, the Plaintiff filed a State Court action entitled Kenneth Spake, Plaintiff, v. UF SPECIALTY INSURANCE COMPANY, in the District Court for the City and County of Colorado, Case Number 2017CV34228 (Exhibit A, Complaint and Jury Demand). A Civil Cover Sheet accompanied the Complaint (Exhibit B, Cover sheet).

## DIVERSITY

Plaintiff is a resident of the City of Northglenn and State of Colorado (Complaint, ¶ 1), and lives at the following address: 10927 Melody Drive, Northglenn, CO 80234 (Complaint and Jury Demand, ¶ 1).

Defendant United Fire & Casualty, improperly named UF SPECIALTY INSURANCE COMPANY ("UF")[1] is a corporate resident of the city of Cedar Rapids, State of Iowa, with a corporate address at 118 2nd Ave SE, Cedar Rapids, IA 52401 (Affidavit of Mary Farajdi, Attached as Exhibit C).

Because the action is between citizens of different states, diversity exists within the meaning of 28 U.S.C. § 1332(a).

## AMOUNT IN CONTROVERSY

1. The amount in controversy exceeds $75,000.00 according to:

    a. The Civil Cover Sheet filed by the Plaintiff with his Complaint. Exhibit B (attached) indicates that the Simplified Rules of Civil Procedure do not apply because Plaintiff seeks more than $100,000.00 in damages.

---

[1] See Affidavit of Mary Farjadi, attached.

      b.    Plaintiff's Complaint (Exhibit A) indicates damages for economic, non-economic, impairment, disfigurement and all other damages, damages for two time the covered insurance benefit sought, and attorney fees.

## TIMELINESS OF REMOVAL

The Defendant is filing this Notice of Removal within 30 days after service of the Complaint and Jury Demand and Civil Cover Sheet which occurred on January 2, 2017, and accordingly, this Notice is timely under 28 U.S.C. § 1446(b).

The Civil Cover Sheet states that Plaintiff seeks a monetary judgment of more than $100,000, exclusive of interest and costs. The civil cover sheet can be used to establish the amount in controversy for purposes of removal. *Paros Properties LLC v. Colorado Cas. Ins. Co.*, 835 F.3d 1264, 1272-73 (10th Cir. 2016) ("There is no ambiguity in the cover sheet. And we see no reason not to credit an assertion by an officer of the court on a matter of significant consequence in the state proceeding (whether or not simplified procedures will apply).") (citing *Henderson v. Target Stores, Inc.,* 431 F.Supp.2d 1143, 1144 (D. Colo. 2006)).

## COMPLIANCE WITH THE PROCEDURAL REQUIREMENTS

Pursuant to 28 U.S.C. § 1446(a), Federal Rule of Civil Procedure 81.(c and d. c. Colorado.L.R.81.1, a copy of all process, pleadings, and orders that have been filed in a State Court are attached hereto and include:

      Complaint and Jury Demand (Exhibit A)

      Civil Cover Sheet to the Complaint (Exhibit B)

      Affidavit of Service for UFG Specialty Ins Co (Exhibit D)

> Delay Reduction Order (Exhibit E).
>
> Pre-Trial Order (Exhibit F)
>
> Entry of Appearance and Motion for Extension of Time (Exhibit G)
>
> (Proposed) Order re: Entry of Appearance and Motion for Extension of Time (Exhibit H)
>
> Order Granting Motion for Extension of Time to Respond (Exhibit I)
>
> Answer and Jury Demand (Exhibit J)
>
> Notice to set CMC and Trial (Exhibit K)

No trial, hearings, or other proceedings are currently pending in the State Court from which this action is being removed.

Pursuant to 28 U.S.C. § 1446(b), a copy of this Notice of Removal has been filed with the Clerk of the District Court for the City and County of Denver, Colorado in Civil Action 2017CV034228 (Exhibit L), and a copy of the Notice of Removal has been served on counsel for the Plaintiff as specified in the attached Certificate of Service.

WHEREFORE, pursuant to this Notice of Removal and 28 U.S.C. § 1441 and 1446, Defendant respectfully requests that this case be removed from the District Court for the City and County of Denver, Colorado, to the United States District Court for the District of Colorado and enter such further Orders as may be necessary and proper for the continuation of this action.

Respectfully submitted,

NATHAN DUMM & MAYER P.C.

*Original signature on file at the office of Nathan Dumm & Mayer P.C.*

s/*Ellis J. Mayer*
Ellis J. Mayer, Esq.
Nathan Dumm & Mayer PC
7900 East Union Avenue, Suite 600
Denver, CO   80237
(303) 691-3737
(303) 757-5106 (Fax)
emayer@ndm-law.com
Attorneys for Defendant UF SPECIALTY INSURANCE COMPANY

## **CERTIFICATE OF SERVICE (CM/ECF)**

I hereby certify that on the 1st of February, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses and a courtesy copy sent to:

Robert R. Harper, Esq.
Law Offices of Dianne Sawaya, LLC
4500 Cherry Creek Drive South, Suite 1030
Denver, CO 80246
rharper@dlslawfirm.com

*s/ Ellis J. Mayer*
Ellis J. Mayer, Esq.
Nathan Dumm & Mayer PC
7900 East Union Avenue, Suite 600
Denver, CO   80237
(303) 691-3737
(303) 757-5106 (Fax)
emayer@ndm-law.com
Attorneys for Defendant UF SPECIALTY INSURANCE COMPANY